UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER INC., | Case No. 07cv0778-JAH (BLM) |
| Plaintiff, | **ORDER RE ORAL ARGUMENT** |
| v. | |
| PERRY SCIENTIFIC, INC., et al., | |
| Defendants. | |

On August 30, 2007, this Court issued an Order to Show Cause Why Sanctions Should Not Be Imposed for the failure of Dr. Robert Hoffman, President of Anticancer, Inc., and his counsel, Daniel Lawton, to appear at the Early Neutral Evaluation Conference. Doc. No. 18. On September 12, 2007, Mr. Lawton filed a declaration in response to the Court's order. Doc. No. 22.

The Court hereby takes the matter under submission pursuant to Local Rule 7.1(d)(1). Accordingly, the hearing scheduled for September 27, 2007 at 9:00 a.m. is **vacated**.

**IT IS SO ORDERED.**

DATED: September 25, 2007

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE JOHN A. HOUSTON
U.S. DISTRICT JUDGE

ALL COUNSEL